DAWN M. ROSS (SBN 143028)
KIMBERLY CORCORAN (148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING INC., a California Corporation, and CHAD WALROD,<br><br>Plaintiffs,<br><br>v.<br><br>$CH_2O$, Inc., a Washington Corporation,<br><br>Defendant(s) | **Case No. C12-02738 EMC**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and ORDER THEREON**<br><br>CMC Date: February 14, 2013<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor<br><br>**Honorable Edward M. Chen** |

## I.

## **STIPULATION**

Counsel for Plaintiffs and Defendant hereby stipulate to and request that the Court continue the Case Management Conference scheduled for Thursday, February 14, 2013, at 10:30 a.m. before this Court. The parties are negotiating a resolution to this action.

Dated: February 11, 2013          CARLE, MACKIE, POWER & ROSS LLP

                                  By: */s/ Kimberly Corcoran*
                                      Kimberly Corcoran
                                      Attorneys for Plaintiffs, Meras, et al.

Dated: February 11, 2013          DAVIES PEARSON, P.C.

                                  By: */s/ Rebecca M. Larson*
                                      REBECCA M. LARSON
                                      Appearance *Pro Hac Vice*
                                      Attorneys for Defendant $CH_2O$, Inc.

**CARLE, MACKIE,**
**POWER & ROSS LLP**

1                                                         Case No. C12-02738 EMC
Stipulation To Continue Case Management Conference and Order Thereon

## II.

## **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for Thursday, February 14, 2013, at 10:30 AM will be rescheduled for __March 28, 2013 at 10:30 a.m.__.

Dated: February __12__, 2013

_____
The Honorable Edward M. Chen

