DAWN M. ROSS (SBN 143028)
KIMBERLY CORCORAN (148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING INC., a California Corporation, and CHAD WALROD,<br><br>Plaintiffs,<br><br>v.<br><br>CH$_2$O, Inc., a Washington Corporation,<br><br>Defendant(s) | Case No. C12-02738 EMC<br><br>**(1) STIPULATION RE: DISMISSAL (FRCP 10(a)) and (2) [PROPOSED] ORDER OF DISMISSAL**<br><br>Complaint Filed: 05/29/2012<br><br>Honorable Edward M. Chen |

I.

**STIPULATION RE: DISMISSAL**

Plaintiffs Meras Engineering and Chad Walrod (herein "Plaintiffs"), on the one hand, and Defendant CH2O Inc. ("herein Defendant"), on the other hand, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the complaint in this action on May 29, 2012 (docket 1); and

WHEREAS, Defendant filed an answer to the complaint on July 12, 2012 (docket 14); and

WHEREAS, on January 14, 2013, the Court issued an order in a Related Case, *Meras Engineering Inc., et al. v. CH$_2$O, Inc., et al.*, Case number C 3:11-00389 EMC (docket 87 in case C 3:11-00389 EMC), by which that Related Case was dismissed on the basis of a contractual choice of venue clause;

WHEREAS, the parties to this case reviewed the contractual language at issue in this case and determined that it was sufficiently similar that the court may dismiss this action as well

1  on the basis of contractual venue, even though the parties still dispute the enforceability of the
2  subject venue clause;
3     WHEREAS, there is already an action pending between CH2O, Inc. and Chad Walrod in
4  the Washington State courts on issues that are similar to those presented by this case; and
5     WHEREAS, the parties to this case have entered into an agreement by which they
6  mutually waive fees and costs related to this action in contemplation of the parties' mutual
7  agreement to dismiss this case without prejudice.
8     NOW THEREFORE, the parties agree as follows:
9     1.   The foregoing recitals are hereby incorporated by this reference.
10    2.   In consideration of this Stipulation, the parties agree to a full and complete mutual
11 waiver of any claim for any attorneys' fees or costs incurred to date in the prosecution and
12 defense of this action as set forth in the parties' "Mutual Waiver of Fees and Costs re: California-
13 Based Action."
14    3.   Plaintiffs shall file this Stipulation with the Court, requesting an order dismissing
15 this action without prejudice
16 Respectfully Submitted,

17 Dated:  March 14, 2013          CARLE, MACKIE, POWER & ROSS LLP

19                      By:   /s/ Kimberly Corcoran
                              DAWN M. ROSS
                              KIMBERLY CORCORAN
20                            Attorneys for Plaintiffs

22 Dated:  March 14, 2013          DAVIES PEARSON, P.C.

23                      By:   /s/ Rebecca M. Larson
                              PETER T. PETRICH
24                            REBECCA M. LARSON
25                            Appearance *Pro Hac Vice*
                              Attorneys for Defendant CH$_2$O, Inc.

## II.
## [~~PROP~~OSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefor, it is hereby ordered that this action is hereby dismissed without prejudice. The Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

Dated: 3/20/13

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

The Honorable Edward M. Chen
Judge of the United States District Court